JOSEPH LAY CO. v. AMERICAN BROOM & BRUSH CO. (Circuit Court of Appeals, Second Circuit. January 15, 1919.) No. 139. Appeal from the District Court of the United States for the Northern District of New York. Suit by the Joseph Lay Company against the American Broom & Brush Company for infringement of the Lay patent, No. 946,234, for metal case broom. Decree for defendant holding patent void (248 Fed. 513), and complainant appeals. Affirmed. R. R. Martin, of Utica, N. Y., and V. H. Lockwood, of Indianapolis, Ind., for appellant. F. C. Curtis, of Troy, N. Y., for appellee. Before WARD, ROGERS, and HOUGH, Circuit Judges.

PER CURIAM. Decree affirmed.

KAUZLAVICH v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. March 3, 1919.) No. 3308. In Error to the District Court of the United States for the Southern Division of the Eastern District of Washington. Francis A. Garrecht, U. S. Atty., of Spokane, Wash.

PER CURIAM. Motion for dismissal of writ of error for noncompliance by the plaintiff in error with subdivision 1 of rule 16 of the Rules of Practice of this court (208 Fed. ix, 124 C. C. A. ix) granted.

LEARY v. MAYOR AND ALDERMEN OF JERSEY CITY et al. (Circuit Court of Appeals, Third Circuit. February 18, 1919.) No. 1599. Appeal from the District Court of the United States for the District of New Jersey. Suit by Daniel J. Leary against the Mayor and Aldermen of Jersey City and others. Decree for defendants, and complainant appealed. Modified and affirmed. For prior opinions, see 189 Fed. 419, 208 Fed. 854, 126 C. C. A. 12, and 248 U. S. 328, 39 Sup. Ct. 115, 63 L. Ed. ——.

PER CURIAM. Decree affirmed, with costs, with the modification that there be remitted from the amount due the city of Jersey City under said decree the sum of $3,111.46. as stipulated on behalf of said appellees in the election of basis for disposition of rehearing filed in this court.

MEYERS v. UNITED STATES. (Circuit Court of Appeals, Ninth Circuit. February 25, 1919.) No. 3306. In Error to the District Court of the United States for the First Division of the Northern District of California. Herbert Chamberlain, of San Francisco, Cal., for the plaintiff in error.

PER CURIAM. Upon oral motion of counsel for the plaintiff in error writ of error ordered dismissed.